UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
Marcos Lopez Figueroa,                                             :
                                                                   :
                        Plaintiff,                                 :
                                                                   :
            -v-                                                    :          25-CV-8442 (AS)
                                                                   :
Consigli Construction NY, LLC,                                     :          ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

   Plaintiff Marcos Lopez Figueroa brings this action against Defendant Consigli Construction NY, LLC, invoking the Court's subject matter jurisdiction on the ground of diversity of citizenship. *See* 28 U.S.C. § 1332.

   It is well established that a limited liability company ("LLC") is deemed to be a citizen of each state of which its members are citizens. *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000); *see also Altissima Ltd. v. One Niagara LLC*, No. 08-CV-756S(M), 2010 WL 3504798, at *2 (W.D.N.Y. Sept. 2, 2010) (noting that every other Court of Appeals to have considered LLC citizenship has held that an LLC has the citizenship of all of its members). Thus, a complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC (including the citizenship of any members of the LLC that are themselves LLCs). *See Handelsman*, 213 F.3d at 51-52; *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010).

   Accordingly, it is hereby ORDERED that, **on or before October 28, 2025**, the Plaintiff

shall amend the Complaint to allege the citizenship of each constituent person or entity

comprising the LLC.  If, by that date, the Plaintiff is unable to amend the Complaint to truthfully

allege complete diversity of citizenship, then the Complaint will be dismissed for lack of subject

matter jurisdiction without further notice to either party.

      SO ORDERED.

Dated: October 14, 2025
      New York, New York

_____
            ARUN SUBRAMANIAN
           United States District Judge